UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Marcia Jolene Thompson**
S.S. No.: xxx-xx-8827
Mailing Address: 2 Byerly Court, Durham, NC 27713-

**Case No. 08-81233**

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on August 22, 2008.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 25, 2008

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 8/12/08
Lastname-SS#: Thompson-8827

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Plantation | Timeshare |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Greenpoint Mortgage | 2 | 795 | ** |
| | Greenpoint Mortgage -ARM | 3 | 121 | ** |
| | | | | |
| | | | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Greenpoint Mortgage | 2 | $795 | n/a | n/a | $795.00 | House and Lot |
| | Greenpoint Mortgage -ARM | 3 | $121 | n/a | n/a | $121.00 | House and Lot |
| | | | | n/a | n/a | | |
| | | | | n/a | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Chase | 1 | | 9.50 | | | House and Lot |
| | | | | 9.50 | | | |
| | | | | 9.50 | | | |
| | | | | 9.50 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 9.50 | | | |
| | | | | 9.50 | | | |
| | | | | 9.50 | | | |
| | | | | 9.50 | | | |
| | | | | 9.50 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $2,549 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♣) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount* |
|---|---|
| DMI= None($0) | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **1,085** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **N/A** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♣ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition motgage payment.

Ch13Plan_MD_(DeSardi) (11/6/07) © John T. Orcutt    (Page 4 of 4)

### Other Miscellaneous Provisions

# CERTIFICATE OF SERVICE

Charity L. Christensen, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


        /s Charity L. Christensen
        Charity L. Christensen

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Afni, Inc.
Post Office Box 3427
Bloomington, IL 61702-3427

LTD Financial Services
(Advantage Assets II)
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Anderson, Crenshaw, & Associates
c/o Protect America
North Central Plaza III
12801 N. Central Expressway, Suite 250
Dallas, TX 75243-1716

North Carolina Department of Re'
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Bernhardt & Strawser, PA
C/O Harvest Credit Mgt. VII
5821 Fairview Road
Suite 550
Charlotte, NC 28209

North Carolina Dept of Revenue*
Post Office Box 1168
Raleigh, NC 27602-1168

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Chase *
Post Office Box 15298
Wilmington, DE 19850-5298

Plantation Resort
1250 US Highway 17 North
Myrtle Beach, SC 29575

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

State Employees Credit Union
Post Office Box 28540
Raleigh, NC 27611-8540

Experian
P.O. Box 2002
Allen, TX 75013-2002

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Verizon South
Post Office Box 920041
Recovery Department
Dallas, TX 75392-0041

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

GreenPoint Mortgage
Post Office Box 84013
Columbus, GA 31908-4013

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Home Depot Credit Services**
Post Office Box 689100
Des Moines, IA 50368-9100