C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Marcia Jolene Thompson | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| | ) | No: B-08-81233 C-13D |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On November 26, 2008, the Debtor's Plan was confirmed. The Confirmation Order provided that the claim of Greenpoint Mortgage secured by a deed of trust on the Debtor's real property would be allowed as a long-term continuing debt payable in monthly installments of $121.00 when said claim was timely and properly filed. Despite numerous requests from the Trustee's office, Greenpoint Mortgage has failed to file a claim. The Trustee is currently holding approximately $2,662.00 for disbursement to Greenpoint Mortgage upon the filing of a claim.

The Standing Trustee respectfully recommends to the Court that an Order be entered authorizing the Trustee to disburse the funds currently held for Greenpoint Mortgage (Claim Number 4) on its unfilled claim secured by a deed of trust to other creditors in this case who have properly filed and allowed claims.

Date: September 27, 2010                                                         s/Richard M. Hutson, II
        ltp                                                                                   Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>October 27, 2010</u>, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>November 10, 2010</u>, at 11:00 a.m., at the following location:
*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: September 27, 2010                                                         OFFICE OF THE CLERK
                                                                                                   U.S. Bankruptcy Court

PARTIES TO BE SERVED
B-08-81233 C-13D

Marcia J. Thompson
2 Byerly Court
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Post Office Box 3613
Durham, NC 27702

Greenpoint Mortgage
Bankruptcy Department
PO Box 84013
Columbus, GA 31908-4013