C-13-15A(Order)
(Rev. 11/06)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

| | | |
|---|---|---|
| In Re: Marcia Jolene Thompson | ) | |
| | ) | |
| | ) | No: B-08-81233 C-13D |
| | ) | |
| | ) | |
| Debtor | ) | |

**<u>ORDER</u>**

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to authorize the Trustee to disburse all funds currently held for Greenpoint Mortgage for its continuing debt claim (Claim No. 4) to other creditors in this case who have properly filed and allowed claims and there being no filed objection to the Motion within the time period set forth in the Notice issued on September 27, 2010 by the Clerk of Court setting October 27, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

      ORDERED that the Trustee is authorized to disburse all funds currently held for Greenpoint Mortgage for its continuing debt claim (Claim No. 4) to other creditors in this case who have properly filed and allowed claims.

<u>PARTIES TO BE SERVED</u>
B-08-81233 C-13D


Marcia J. Thompson
2 Byerly Court
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Post Office Box 3613
Durham, NC 27702

Greenpoint Mortgage
Bankruptcy Department
PO Box 84013
Columbus, GA 31908-4013