C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re:  Marcia Jolene Thompson          )
                                        )
                                        )          No. B-08-81233 C-13D
                    Debtor              )

## ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to amend the claim of Lender Business Process Services (Claim number 3) to provide for monthly payments in the amount of $822.74 effective November, 2010 and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 5, 2010 by the Clerk of Court setting November 5, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

      ORDERED that the claim of Lender Business Process Services (Claim number 3) is amended to provide for monthly payments in the amount of $822.74 effective November, 2010.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-08-81233 C-13D**

Marcia Jolene Thompson
2 Byerly Court
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Lender Business Process Services
14523 SW Millikan Way, Ste. 200
Beaverton, OR 97005